MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>  v. </br></br>SAUL CONTRERAS-VAZQUEZ, </br></br>    Defendant. | No.   CR 11-00046 DLJ </br></br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING FROM AUGUST 30, 2011 TO SEPTEMBER 13, 2011 |

     The Parties, Saul Contreras-Vazquez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for August 30, 2011 at 10:00 a.m. be vacated, and that the hearing be re-set for September 13, 2011 at 10:00 a.m. The government is requesting the continuance of the hearing due to the need for additional time for effective preparation in light of the recent Ninth Circuit decision in *United States v. Aguila Montes de Oca*, __ F.3d __, 2011 WL 3506442 (9th Cir. Aug. 11, 2011)(*en banc*).

//

//

1

1 | Additionally, attached to this stipulation are the conviction documents requested by the
2 | Court for sentencing purposes in relation to the defendant's 1999 Residential Burglary
3 | conviction.

5 | DATED: August 25, 2011      MELINDA HAAG
                                United States Attorney

7 |                             ___/s/_____
                                SUZANNE M. DeBERRY
8 |                             Special Assistant United States Attorney

10 |                            ___/s/_____
                                LARA S. VINNARD
11 |                            Attorney for Defendant

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 3 | ORDERS that the hearing in this matter previously set for August 30, 2011 at 10:00 a.m. is |
| 4 | vacated, and the matter is continued to September 13, 2011 at 10:00 a.m. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: August 26, 2011 |
| 8 | _____<br>D. LOWELL JENSEN<br>UNITED STATES DISTRICT COURT JUDGE |