BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CONTRERAS-VASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-0046 DLJ |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| SAUL CONTRERAS-VASQUEZ, | Honorable D. Lowell Jensen |
| Defendant. | |

Defendant Saul Contreras-Vasquez and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Tuesday, September 27, 2011, at 10:00 a.m., be continued to Tuesday, October 11, 2011, at 10:00 a.m. The defense seeks to continue the hearing because Mr. Contreras-Vasquez's immigration counsel has requested additional time to review his case and communicate with the Bureau of Immigration and Customs Enforcement on behalf of Mr. Contreras-Vasquez. If Mr. Contreras-Vasquez receives the time-served sentence that will be recommended by

STIP. TO CONTINUE SENTENCING;
[PROPOSED] ORDER
No. CR 11-0046 DLJ                    1

the parties, he will be transferred to immigration custody and likely deported, which would interfere with the work being done by his immigration counsel.

Dated: 9/26/11 _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 9/26/11 _____/s/_____
SUZANNE DEBERRY
Special Assistant United States Attorney

**ORDER**

The parties have jointly requested that the sentencing hearing presently set for Tuesday, September 27, 2011, be continued to Tuesday, October 11, 2011, because the defendant's immigration counsel requires additional time to prepare and investigate his case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Tuesday, September 27, 2011, at 10:00 a.m., is continued to Tuesday, October 11, 2011 at 10:00 a.m.

Dated: September 26, 2011

_____
D. LOWELL JENSEN
United States District Judge